**NOT DESIGNATED FOR PUBLICATION**

**STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT**

**04-803**


**STATE OF LOUISIANA**

**VERSUS**

**MARK ST. JULIEN**


**\*\*\*\*\*\*\*\*\*\***


APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. 95100
HONORABLE THOMAS R. DUPLANTIER, DISTRICT JUDGE


**\*\*\*\*\*\*\*\*\*\***


**ULYSSES GENE THIBODEAUX
CHIEF JUDGE**


**\*\*\*\*\*\*\*\*\*\***


Court composed of Ulysses Gene Thibodeaux, Chief Judge, Sylvia R. Cooks, and Michael G. Sullivan, Judges.


                                                              **AFFIRMED**.

**Michael Harson
District Attorney, 15th Judicial District Court
Keith A. Stutes
Assistant District Attorney
P. O. Box 3306
Lafayette, LA 70502
Telephone:  (337) 232-5170
COUNSEL FOR:
         Plaintiff/Appellee - State of Louisiana**

**Kenota Pulliam Johnson**
**Louisiana Appellate Project**
**P. O. Box 5781**
**Shreveport, LA 71135**
**Telephone:  (318) 524-1024**
**COUNSEL FOR:**
      **Defendant/Appellant - Mark St. Julien**

**Mark St. Julien**
**Louisiana State Penitentiary**
**General Delivery Main Prison**
**Angola, LA 70712**